IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FINLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MARIN,<br><br>　　　　Defendant.<br>_____/ | No. C 07-05922 TEH<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 02/25/08 at 1:30 PM has been rescheduled for **Monday, 04/07/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: February 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
　　R. B. Espinosa
　　Deputy Clerk