1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                            **Northern District of California**

**United States District Court**
**Northern District of California**

10 | Finley,                                          07-05922 TEH

11 |                  Plaintiff(s),          **NOTICE RE: NONCOMPLIANCE**
                                              **WITH COURT ORDER**
12 |          v.

13 | County of Marin,

14 |                  Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-05922 TEH                                    -1-

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur before the Case Management Conference.

6

7

8   Dated: March 20, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:     Timothy J. Smagacz

11                                             _Timothy Smagacz_

12                                             _____
                                               ADR Administrative Assistant
                                               415-522-4205
13                                             Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05922 TEH                                    -2-

**PROOF OF SERVICE**

Case Name:          Finley v. County of Marin

Case Number:      07-05922 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.  I am over the age of eighteen (18) years and not
a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as
specified by General Order No. 45 to the following parties:

> David M. Poore
> Kahn Brown & Poore LLP
> 755 Baywood Drive, Suite 185
> Petaluma, CA 94954
> dpoore@kahnbrownlaw.com
>
> Stephen Robert Raab
> Marin County Counsel's Office
> 3501 Civic Center Drive, Suite 275
> San Rafael, CA 94903
> sraab@co.marin.ca.us
>
> Marsha Grant
> ,
>
> Diane Stoker
> ,

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov