# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Karl Finley

               Plaintiff(s),

           v.

County of Marin; Marsha Grant; and Diane
Stoker

             Defendant(s).

_____/

CASE NO. 07-05922 TEH

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
  ✓     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

        other requested deadline _____

Dated: 03/27/08

Dated: 03/27/08

David M. Poore
**Attorney for Plaintiff**

Stephen R. Raab
**Attorney for Defendant**

When filing this document in ECF, please be sure to use the appropriate ADR Docket
Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
⟶ Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
⟶ 90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: _____03/28/08_____



_____ JUDGE

Judge Thelton E. Henderson