PATRICK K. FAULKNER
COUNTY COUNSEL

JACK F. GOVI
ASSISTANT COUNTY COUNSEL

DOROTHY R. JONES
CHIEF DEPUTY

COUNTY COUNSEL OF MARIN COUNTY
3501 Civic Center Drive, Suite 275
San Rafael, California 94903-5222

(415) 499-6117

FAX (415) 499-3796
TDD (415) 499-6172

MARI-ANN G. RIVERS
RENEE GIACOMINI BREWER
DAVID L. ZALTSMAN
MICHELE KENO
NANCY STUART GRISHAM
JENNIFER M. W. VUILLERMET
PATRICK M. K. RICHARDSON
THOMAS F. LYONS
STEPHEN R. RAAB
STEVEN M. PERL
SHEILA SHAH LICHTBLAU
EDWARD J. KIERNAN
JESSICA F. MILLS
DEPUTIES

JEANINE MICHAELS
ADMINISTRATIVE ASSISTANT

April 3, 2008

*Via E-File*

The Honorable Thelton E. Henderson, Senior Judge
United States District Court, Northern District of California
Courtroom 12, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Finley v. County of Marin, et al.*, Case No. C07 5922 TEH

Dear Judge Henderson:

Today Plaintiff's counsel filed a separate Case Management Conference Statement, three days after the Court ordered deadline to file it. On page one of the Statement, Plaintiff's counsel claims: "Defendants submitted their own separate Case Management Conference [sic] without any notification or attempt to meet and confer with Plaintiff." This claim is a clear misrepresentation by Plaintiff's counsel.

Attached to this letter is an e-mail from Plaintiff's counsel to Defendant's counsel on the morning of March 27, 2007, regarding this case. In the e-mail, Plaintiff's counsel stated, "I will prepare a draft joint case management conference statement for your review." Defendant's counsel responded to Plaintiff counsel's e-mail within an hour and a half, including a statement that Defendant's counsel would do another task to comply with the Court's order, which was done. This e-mail is also attached. Plaintiff's counsel did not communicate with Defendant's counsel again, despite his statement to the contrary.

Defendant's counsel had a scheduled vacation day on the day the Joint Case Management Conference Statement was due, but came to work that afternoon at 1:00 p.m. specifically to review the promised draft Case Management Conference statement from Plaintiff's counsel. Defendant's counsel waited for a draft Joint Case Management Conference Statement from Plaintiff's counsel. Because Plaintiff's counsel failed to provide such a draft, or respond in any way to Defendant's counsel's e-mail,

28082.doc

Defendant's counsel filed a separate Case Management Statement after 3:00 p.m., and then left to resume the scheduled vacation day.

Sincerely,

Stephen R. Raab
Deputy County Counsel
Attorney for the County of Marin

## Raab, Stephen

**From:** Raab, Stephen
**Sent:** Thursday, March 27, 2008 10:44 AM
**To:** 'dpoore@kahnbrownlaw.com'
**Subject:** RE: Finley v. County of Marin

I will file the required Stipulation and [Proposed] Order Selecting ADR Process based upon the agreement of ENE as the process.

I do not know what the County of Marin's position will be regarding a request for class-wide relief, because I do not know the nature of the class or the basis of the class-wide claims.

Stephen R. Raab
Deputy County Counsel

---

**From:** David Poore [mailto:dpoore@kahnbrownlaw.com]
**Sent:** Thursday, March 27, 2008 9:15 AM
**To:** Raab, Stephen
**Subject:** Finley v. County of Marin

Mr. Raab,

We received your correspondence regarding selection of ADR in the above-entitled case. We are agreeable to ENE. I will prepare a draft joint case management conference statement for your review.

On a related note, we will likely be amending the complaint to assert class-wide relief, and will advise the Court of this intention to do so in the CMC statement. In the meantime, please let us know if defendant will be opposing this request.

Thank you.

David M. Poore
Kahn Brown & Poore LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Tele: (707) 763-7100
Fax: (707) 763-7180
dpoore@kahnbrownlaw.com
Main Office: Emeryville, California