UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge: Thelton E. Henderson**

**Date**: April 7, 2008

**Case No:** C 07-05922 TEH

**Case Title**: KARL FINLEY v. COUNTY OF MARIN, et al.

**Appearances:**

    For Plaintiff(s): David Poore

    For Defendant(s): Stephen Raab

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### *PROCEEDINGS*

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 05/05/08 @ 1:30 PM for Due Process Hrg.**

### *SUMMARY*

- Both attorneys are fined $200 each for failure to follow court rules. If the parties wish to be heard re: why they should not get sanctioned, this Court will hold a due process hearing on Monday, 05/05/08 at 1:30 PM. Any written response is due 10 days before the hearing. Should they *not* want a hearing, the fine shall be paid within 48 hours with proof to the Court.
- Disclosures to be served by 04/11/08.
- The motion to amend shall be filed by 04/21/08 and noticed for hearing on 06/02/08.