PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin

David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
KARL FINLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FINLEY,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN; MARSHA GRANT; DIANE STOKER; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No.: C07-05922 TEH<br><br>STIPULATION AND PROPOSED ORDER TO FILE AND SERVE FIRST AMENDED COMPLAINT |

   IT IS HEREBY STIPULATED by and between the parties to allow plaintiff Karl Finley to file and serve a First Amended Complaint, which is attached hereto as Exhibit A.

   There is good cause for the stipulation to file an amended complaint as follows:

- <u>Dismissal of Individual Defendants as to FEHA Cause of Action for Retaliation:</u>  The parties agree that the individual defendants, Marsha Grant and Diane Stoker, should be dismissed from

the Third Cause of Action for FEHA Retaliation under the recent California Supreme Court decision in *Jones v. The Lodge at Torrey Pines Partnership,* 42 Cal.4th 1158 (2008) [Individual supervisors not personally liable under FEHA retaliation cause of action];

- **Election not to Proceed as Class Action:** Plaintiff Finley has elected not to pursue this matter as a Class Action, and, thus, the filing of the amended complaint to delete the individual defendants from the FEHA cause of action is appropriate;

- **Judicial Economy:** The parties are not making this request for any improper purpose, including undue delay. Instead, the parties agree that judicial economy will be served if this request is granted. In particular, in light of the *The Lodge at Torrey Pines Partnership* decision, the parties agree that motion practice is unnecessary to dismiss these defendants from this claim, including preparing and filing a motion for leave to amend the complaint. Once a stipulation is granted, the parties will not have to burden the Court's time, or the parties' attorney's fees and costs, in filing at motions to address this issue.

SO STIPULATED.

Dated: 4/21/08

KAHN, BROWN & POORE LLP

BY: _____
DAVID POORE
Attorney for Plaintiff

Dated: April 11, 2008

PATRICK K. FAULKNER
MARIN COUNTY COUNSEL

BY: see attached
STEPHEN RAAB
Attorney for Defendant County of Marin

the Third Cause of Action for FEHA Retaliation under the recent California Supreme Court decision in *Jones v. The Lodge at Torrey Pines Partnership*, 42 Cal.4th 1158 (2008) [Individual supervisors not personally liable under FEHA retaliation cause of action];

- <u>Election not to Proceed as Class Action</u>: Plaintiff Finley has elected not to pursue this matter as a Class Action, and, thus, the filing of the amended complaint to delete the individual defendants from the FEHA cause of action is appropriate;

- <u>Judicial Economy</u>: The parties are not making this request for any improper purpose, including undue delay. Instead, the parties agree that judicial economy will be served if this request is granted. In particular, in light of the *The Lodge at Torrey Pines Partnership* decision, the parties agree that motion practice is unnecessary to dismiss these defendants from this claim, including preparing and filing a motion for leave to amend the complaint. Once a stipulation is granted, the parties will not have to burden the Court's time, or the parties' attorney's fees and costs, in filing at motions to address this issue.

SO STIPULATED.

Dated: _____

KAHN, BROWN & POORE LLP

BY: _____
DAVID POORE
Attorney for Plaintiff

Dated: April 11, 2008

PATRICK K. FAULKNER
MARIN COUNTY COUNSEL

BY: _/s/ Stephen R._____
STEPHEN RAAB
Attorney for Defendant County of Marin

2

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT
FINLEY v. COUNTY OF MARIN ET AL, CASE NO. C07-05922 TEH

## PROPOSED ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' stipulation and proposed order to file a First Amended Complaint is approved and Granted. The plaintiff may file the proposed First Amended Complaint within ten (10) days after service of this Order.

DATED: _____        _____

HON. THELTON E. HENDERSON
U.S. DISTRICT COURT JUDGE

3