1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796
4
   Attorney(s) for the County of Marin
5

6  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
7  755 Baywood Drive, Suite 185
   Petaluma, California 94954
8  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
9  dpoore@kahnbrownlaw.com

10 Attorneys for Plaintiff
   KARL FINLEY
11

12                  UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 KARL FINLEY,                           Case No.: C07-05922 TEH

16         Plaintiff,                     STIPULATION AND ~~PROPOSED~~ ORDER
                                          TO FILE AND SERVE FIRST AMENDED
17                                        COMPLAINT

18 v.

19
   COUNTY OF MARIN; MARSHA GRANT;
20 DIANE STOKER; and DOES 1 through 50,
   inclusive,
21
           Defendants.
22

23

24      IT IS HEREBY STIPULATED by and between the parties to allow plaintiff Karl Finley to file

25 and serve a First Amended Complaint, which is attached hereto as Exhibit A.

26      There is good cause for the stipulation to file an amended complaint as follows:

27  • Dismissal of Individual Defendants as to FEHA Cause of Action for Retaliation:  The parties

28      agree that the individual defendants, Marsha Grant and Diane Stoker, should be dismissed from

the Third Cause of Action for FEHA Retaliation under the recent California Supreme Court decision in *Jones v. The Lodge at Torrey Pines Partnership*, 42 Cal.4th 1158 (2008) [Individual supervisors not personally liable under FEHA retaliation cause of action];

- **Election not to Proceed as Class Action:** Plaintiff Finley has elected not to pursue this matter as a Class Action, and, thus, the filing of the amended complaint to delete the individual defendants from the FEHA cause of action is appropriate;

- **Judicial Economy:** The parties are not making this request for any improper purpose, including undue delay. Instead, the parties agree that judicial economy will be served if this request is granted. In particular, in light of the *The Lodge at Torrey Pines Partnership* decision, the parties agree that motion practice is unnecessary to dismiss these defendants from this claim, including preparing and filing a motion for leave to amend the complaint. Once a stipulation is granted, the parties will not have to burden the Court's time, or the parties' attorney's fees and costs, in filing at motions to address this issue.

SO STIPULATED.

Dated: 4/21/08

KAHN, BROWN & POORE LLP

BY: _____
DAVID POORE
Attorney for Plaintiff

Dated: April 11, 2008

PATRICK K. FAULKNER
MARIN COUNTY COUNSEL

BY: see attached
STEPHEN RAAB
Attorney for Defendant County of Marin

2

STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT
FINLEY v. COUNTY OF MARIN ET AL, CASE NO. C07-05922 TEH

1  the Third Cause of Action for FEHA Retaliation under the recent California Supreme Court
2  decision in *Jones v. The Lodge at Torrey Pines Partnership*, 42 Cal.4th 1158 (2008) [Individual
3  supervisors not personally liable under FEHA retaliation cause of action];

4  • <u>Election not to Proceed as Class Action</u>: Plaintiff Finley has elected not to pursue this matter as
5  a Class Action, and, thus, the filing of the amended complaint to delete the individual
6  defendants from the FEHA cause of action is appropriate;

7  • <u>Judicial Economy</u>: The parties are not making this request for any improper purpose, including
8  undue delay. Instead, the parties agree that judicial economy will be served if this request is
9  granted. In particular, in light of the *The Lodge at Torrey Pines Partnership* decision, the
10  parties agree that motion practice is unnecessary to dismiss these defendants from this claim,
11  including preparing and filing a motion for leave to amend the complaint. Once a stipulation is
12  granted, the parties will not have to burden the Court's time, or the parties' attorney's fees and
13  costs, in filing at motions to address this issue.

SO STIPULATED.

Dated: _____

KAHN, BROWN & POORE LLP

BY:_____
DAVID POORE
Attorney for Plaintiff


Dated: April 21, 2008

PATRICK K. FAULKNER
MARIN COUNTY COUNSEL


BY: _____
STEPHEN RAAB
Attorney for Defendant County of Marin

## ~~PROPOSED~~ ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' stipulation and proposed order to file a First Amended Complaint is approved and Granted. The plaintiff may file the proposed First Amended Complaint within ten (10) days after service of this Order.

DATED:   April 24, 2008



Judge Thelton E. Henderson

3