# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Finley,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>County of Marin,<br><br>　　　　　　Defendant(s). | 07-05922 TEH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Sandra R. McCandless**
Sonnenschein, Nath & Rosenthal
525 Market St., 26th Fl.
San Francisco, CA 94105-2708
415-882-2412
srm@sonnenschein.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05922 TEH ENE　　　　　　　　　　- 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.
3
4   Dated: June 4, 2008
5                                            RICHARD W. WIEKING
                                         Clerk
6                                            by:     Claudia M. Forehand
7   
8   ADR Case Administrator
                                         415-522-2059
9                                            Claudia_Forehand@cand.uscourts.gov
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05922 TEH ENE                               - 2 -