# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Finley,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>County of Marin,<br><br>　　　　　Defendant(s). | 07-05922 TEH ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The appointment of Sandra R. McCandless to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: June 11, 2008

　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　by:　Claudia M. Forehand

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ADR Case Administrator
　　　	　　　　　　　　　　　　　　　　　415-522-2059
　　　　　　　　　　　　　　　　　　　　　Claudia_Forehand@cand.uscourts.gov