1  PATRICK K. FAULKNER, COUNTY COUNSEL
Edward J. Kiernan SBN 189243
2  3501 Civic Center Drive, Room 275
San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
Attorney(s) for the County of Marin,
5

6

7               UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | KARL FINLEY,                              Case No.: USDC 07 5922 TEH

11 |         Plaintiff,                       STIPULATION TO POSTPONE DEADLINE
                                              FOR AN EARLY NEUTRAL EVALUATION
12 |     v.                                   (ENE) AND [PROPOSED] ORDER

13 | COUNTY OF MARIN; MARSHA GRANT;

14 | DIANE STOKER; and DOES 1 through 50,

15 |         Defendants.

16

17       Counsel for Defendant, Marin County, and Plaintiff, Karl Finley, hereby submits this stipulation

18 to postpone the deadline for an early neutral evaluation in the above-referenced case. Grounds for a

19 continuance are as follows:

20       1) The current deadline to complete an early neutral evaluation is June 30, 2008. Accordingly,

21          the parties agreed to have such an evaluation done by Sandra McCandles on June 11, 2008.

22       2) However, Counsel for Plaintiff determined that he or his firm was opposing counsel in

23          another case with Ms. McCandles' firm. When informed of this potential conflict, Ms.

24          McCandles determined it would be best for her to recuse herself and did so.

25       3) When informed of Ms. McCandle's recusal, Claudia Forehand, ADR Case Administrator,

26          indicated that she would assign another evaluator as soon as possible and requested that

27          counsel for the parties agree to a stipulation requesting an order from the court postponing

28          the deadline to complete an ENE.

29268

Dated: June 24, 2008

          PATRICK K. FAULKNER
          COUNTY COUNSEL

    By: _____/s/_____
       Edward J. Kiernan
       Deputy County Counsel
       Attorney for Defendant County of Marin

    By: _____/s/_____
       David M. Poore
       Kahn, Brown & Poore
       Attorney for Plaintiff Karl Finley

29268        2