UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL FINLEY,

    Plaintiff,

  v.

COUNTY OF MARIN; MARSHA GRANT; DIANE STOKER; and DOES 1 through 50,

    Defendants.

Case No.: USDC 07 5922 TEH

[PROPOSED] ORDER

Good cause appearing, it is hereby ordered that the parties in the above-reference case shall complete an Early Neutral Evaluation (ENE) not later than August 29, 2008.  The prior order that this be completed by June 30, 2008 is vacated.

By: _____
THE HONORABLE JUDGE HENDERSON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



29268