# KAHN BROWN & POORE LLP
2200 Powell Street, Suite 745
Emeryville, California 94608

Telephone: (510) 923-6280                                Facsimile: (510) 923-6285

June 9, 2008

County Counsel
Stephen Raab, Esq.
3501 Civic Center Drive, Room 303
San Rafael, CA 94903

Re:   *Karl L. Finley v. County of Marin, et al.*
      U.S. District Court, Northern District of CA Case No. C 07-05922 TEH

Dear Mr. Raab:

Enclosed please find the proof of service for the deposition subpoena to Ms. Linda Daube. Ms. Daube was served on April 29 (not April 25 as I previously stated) for a deposition to occur on May 19. The last day to serve objections to the subpoena was May 13. As you can see, Ms. Daube's objections served by your firm on May 16 are still untimely and therefore moot. Please confirm that the objections will be withdrawn and Ms. Daube will make herself available for deposition on a mutually convenient date. If Ms. Daube does not plan on attending please also let me know. Thank you for your anticipated cooperation in this matter.

Very truly yours,
KAHN BROWN & POORE LLP

Scott A. Brown

Enclosure

KAREN H. KAHN · SCOTT A. BROWN · DAVID M. POORE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David M. Poore, 192541<br>KAHN, BROWN & POORE, LLP<br>2200 Powell<br>Emeryville, CA 94608 | (510) 923-6280 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Finley | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Finley

DEFENDANT:
County of Marin, et al.

| PROOF OF SERVICE | DATE:<br>5/19/2008 | TIME:<br>9:00 AM | DEPT/DIV: | CASE NUMBER:<br>C07-05922 TEH |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena in a Civil Case

2. Person Served (name):     Linda Daube

3. Date and Time of Delivery:    4/29/2008         3:00 PM

4. Address where served:    438 1st St 4th Floor
                            Santa Rosa, CA  95401

5. I received the above document(s) for service on (date):    4/28/2008

6. Witness Fees:    Witness fees and mileage both ways were not demanded or paid.

**BY FAX**

Fee for service (including Witness Fees if paid) $:79.00

Registered California process server.
County: SONOMA
Registration No.:P-378

Oleg Grinshpan
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/30/2008 at Oakland, California.

Signature: _____
           Oleg Grinshpan

FF# 6661625