| PATRICK K. FAULKNER<br>COUNTY COUNSEL | COUNTY COUNSEL OF MARIN COUNTY | MARI-ANN G. RIVERS<br>RENEE GIACOMINI BREWER |
|---|---|---|
| | 3501 Civic Center Drive, Suite 275<br>San Rafael, California 94903-5222 | DAVID L. ZALTSMAN<br>MICHELE KENO |
| JACK F. GOVI<br>ASSISTANT COUNTY COUNSEL | | NANCY STUART GRISHAM<br>JENNIFER M. W. VUILLERMET |
| | (415) 499-6117 | PATRICK M. K. RICHARDSON<br>THOMAS F. LYONS |
| DOROTHY R. JONES<br>CHIEF DEPUTY | FAX (415) 499-3796<br>TDD (415) 499-6172 | STEPHEN R. RAAB<br>STEVEN M. PERL<br>SHEILA SHAH LICHTBLAU<br>EDWARD J. KIERNAN<br>JESSICA F. MILLS<br>DEPUTIES |
| | | JEANINE MICHAELS<br>ADMINISTRATIVE ASSISTANT |

June 17, 2008

VIA FACSIMILE and U.S. MAIL

Scott A. Brown
Kahn Brown & Pore LLP
2200 Powell Street, Suite 745
Emeryville, CA 94608

Re:   Re: *Finley v. County of Marin, et al.*, Case No. C07 5922 THE

Dear Mr. Brown:

You called me today regarding the improper deposition subpoena to Linda Daube. You again insisted that Ms. Daube must be produced at deposition by again claiming all objections have been waived. I asked you to continue the meet in confer by letter, telling you that you must address all objections made to the deposition subpoena. You said there was no need to continue the "paper trail" if Ms. Daube is not going to be produced for deposition. I told you the deposition subpoena was improper, and you would need to bring a motion to compel. If you change your position and cease insisting that all objections to the deposition have been waived, and cease to refuse to discuss the objections to the deposition subpoena, I invite you to continue the meet and confer process.

Sincerely,

Stephen R. Raab
Attorney for Linda Daube

39157.doc