| | |
|---|---|
| 1 | David M. Poore, SBN 192541 |
| | dpoore@kahnbrownlaw.com |
| 2 | Scott A. Brown, SBN 177099 |
| | sbrown@kahnbrownlaw.com |
| 3 | KAHN BROWN & POORE LLP |
| | 2200 Powell Street, Suite 745 |
| 4 | Emeryville, California 94608 |
| | Telephone:    (510) 923-6280 |
| 5 | Facsimile:    (510) 923-6285 |
| 6 | Attorneys for Plaintiff |
| | KARL FINLEY |

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  KARL FINLEY, | **Case No.  C07-05922 TEH** |
| 12              Plaintiff, | **[PROPOSED] ORDER RE:** |
| 13  v. | **PLAINTIFF KARL FINLEY'S APPLICATION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE FOR LINDA DAUBE'S FAILURE TO COMPLY WITH DEPOSITION SUBPOENA** |
| 14 | |
| 15  COUNTY OF MARIN; MARSHA GRANT; DIANE STOKER; and DOES 1 through 50, inclusive, | |
| 16 | |
| 17              Defendants. | **[F.R.C.P. 45]** |
| 18 | Date:       August 18, 2008<br>Time:      10:00 a.m.<br>Location:  Courtroom 12, 19th Floor |
| 19 | **Hon. Thelton E. Henderson** |

20

21

22

23     The Court, having reviewed the motion and all papers submitted in support thereof, the

24 opposition papers, the reply brief, other matters in the Court's file, orders:

25

26

27

28

IT IS HEREBY ORDERED that plaintiff KARL FINLEY's application for an Order Showing Cause as to why a contempt citation should not issue for Ms. Daube's failure to comply with plaintiff's deposition subpoena is GRANTED.

SO ORDERED.

Date:_____     _____
                                      HON. JUDGE HENDERSON