IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FINLEY, | No. C 07-05922 TEH |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| COUNTY OF MARIN, | |
| Defendant. | |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated:   07/10/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE