United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Finley, | 07-05922 TEH ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| County of Marin, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Cecily A. Waterman**
> Morgan, Lewis & Bockius LLP
> One Market Plaza, Spear Street Tower
> San Francisco, CA 94105
> 415-442-1269

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05922 TEH ENE                                     - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: July 14, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05922 TEH ENE                                         - 2 -