UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL FINLEY

    Plaintiff(s),                        No. 07-05922 TEH (JL)

    v.                                  NOTICE OF CONTINUANCE

COUNTY OF MARIN

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiff's motion for contempt noticed for August 18, 2008 has been continued to August 27, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: July 23, 2008

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                  1