<div style="margin-left: 2em;">

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| KARL FINLEY, | No. C 07-05922 TEH |
|     Plaintiff, | **Clerk's Notice** |
| v. | **Scheduling Case** |
| | **Management Conference** |
| COUNTY OF MARIN, | |
|     Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Case Management Conference* for **Monday, 10/27/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior parties shall submit a joint case management conference statement.

Dated: July 23, 2008                              FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk

**United States District Court**
For the Northern District of California