1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Stephen Raab, SBN 180939
2  Edward J. Kiernan, SBN 189243
   3501 Civic Center Drive, Room 275
3  San Rafael, CA 94903
   Tel.: (415) 499-6117, Fax: (415) 499-3796
4

5  Attorney(s) for the County of Marin

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   | Karl Finley,                              | Case No.: USDC 07 5922 TEH |
12 |                                            |                            |
   |             Plaintiff,                     | NOTICE OF APPEARANCE OF EDWARD J. KIERNAN, DEPUTY COUNTY COUNSEL |
13 |     v.                                     |                            |
14 |                                            |                            |
   | County of Marin; Marsha Grant; Diane Stoker; and |                      |
15 |                                            |                            |
   | Does 1 through 50, inclusive,              |                            |
16 |                                            |                            |
   |             Defendants                     |                            |
17

18
   TO ALL PARTIES AND TO THIS HONORABLE COURT. PLEASE TAKE NOTICE that I, Deputy
19
   County Counsel, Edward J. Kiernan, will be joining the above-captioned case. At this time, I will be
20
   adding my name as co-counsel in this matter.
21

22

23
   Dated this 29th day of July, 2008
24

                                                       PATRICK K. FAULKNER
25                                                     COUNTY COUNSEL
26

27
                                                       By: /s/ Edward J. Kiernan
28                                                         Edward J. Kiernan

29703.doc