PATRICK K. FAULKNER, COUNTY COUNSEL
Stephen Raab, SBN 180939
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the Linda Daube

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl Finley,<br><br>    Plaintiff,<br><br>v.<br><br>County of Marin; Marsha Grant; Diane Stoker; and DOES 1 through 50,<br><br>    Defendants. | Case No.: USDC 07 5922 TEH (JL)<br><br>DECLARATION OF LINDA DAUBE IN SUPPORT OF HER OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE |

I, LINDA DAUBE, HEREBY DECLARE:

1. I have personal knowledge of the facts set forth below and am competent to testify to each and every such fact.

2. I am an attorney licensed to practice in the state of California. I was retained by the County of Marin to provide legal analysis and other services regarding a complaint by Karl Finley, an employee of the County of Marin.

3. My office is at 438 1st St. 4th Floor, Santa Rosa, California. However, on April 29, 2008 at 3:00 p.m., I was not in my office.

4. On April 29, 2008, I had a therapeutic massage with Patricia Duane at 405 Adobe Canyon Road, Kenwood, California. I have the therapeutic massage approximately twice a month. The appointment is a 30 minute drive from my office. I paid for the therapeutic massage that same day by check, dated April 29, 2008.

1  5.   When I have therapeutic massage appointments with Patricia Duane, I wait to take a lunch until early afternoon, and I leave the office well in advance of 3:00 p.m. I proceed to my appointment without returning to my office.

6.   I specifically recall that I did not receive any subpoena on April 29, 2008.

7.   No one from Plaintiff's firm contacted me regarding the scheduling of the deposition date contained in the subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Santa Rosa, CA on this 6th day of August, 2008.

_____
LINDA DAUBE

DECLARATION OF LINDA DAUBE IN SUPPORT OF HER OPPOSITION TO PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE