| | | |
|---|---|---|
| PATRICK K. FAULKNER<br>COUNTY COUNSEL<br><br>JACK F. GOVI<br>ASSISTANT COUNTY COUNSEL<br><br>DOROTHY R. JONES<br>CHIEF DEPUTY | COUNTY COUNSEL OF MARIN COUNTY<br>3501 Civic Center Drive, Suite 275<br>San Rafael, California 94903-5222<br><br>(415) 499-6117<br><br>FAX (415) 499-3796<br>TDD (415) 499-6172 | MARI-ANN G. RIVERS<br>RENEE GIACOMINI BREWER<br>DAVID L. ZALTSMAN<br>MICHELE KENO<br>NANCY STUART GRISHAM<br>JENNIFER M. W. VUILLERMET<br>PATRICK M. K. RICHARDSON<br>THOMAS F. LYONS<br>STEPHEN R. RAAB<br>STEVEN M. PERL<br>SHEILA SHAH LICHTBLAU<br>EDWARD J. KIERNAN<br>JESSICA F. MILLS<br>DEPUTIES<br><br>JEANINE MICHAELS<br>ADMINISTRATIVE ASSISTANT |

June 16, 2008

Scott A. Brown
Kahn Brown & Pore LLP
2200 Powell Street, Suite 745
Emeryville, CA 94608

Re:   Re: *Finley v. County of Marin, et al.*, Case No. C07 5922 THE

Dear Mr. Brown:

This letter responds to your letter of June 9, 2008. Your most recent letter corrects one of the errors you made in your letter of June 2, 2008, but fails to address the other errors you made in that June 2 letter.

As I previously stated, Local Rule 37-1(a) requires an attempt "to resolve *all* disputed issues." Your June 9 letter did not address any objections to the description of the documents sought. Nor did your June 9 letter address the other problems with the subpoena, which I discussed in my letter of June 4. I await a proper meet and confer letter from you that comports to the court rules.

Sincerely,

*Stephen R. Raab*

Stephen R. Raab
Attorney for Linda Daube

29151.doc