## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          Lydia Zinn - Court Reporter
                                                9:37-9:49 (12 min)

Date: **August 27 , 2008**

Case No:**C07- 5922 TEH (JL)**

Case Name:  **Karl Finley v. County of Marin, et al**
Plaintiff  Attorney(s): Scott Brown
Defendant Attorney(s): Stephen Raab for L. Daube
Deputy Clerk:  **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Pltf's mo for sanctions | Denied; w/o prejudice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for days.
        [ ] Jury  [ ] Court


Notes: Counsel to meet and confer and submit privilege log. Non-privileged docs to be produced w/in 10 days. Privileged docs o be submitted for in camera review.  Court denied pltf's contentions that objections were waived.


cc: Venice, Kathleen, Rowena