1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Edward J. Kiernan SBN 189243
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorney(s) for the County of Marin,
5

6

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 KARL FINLEY,                          Case No.: USDC 07 5922 TEH

11         Plaintiff,                    STIPULATION TO POSTPONE DEADLINE
                                         FOR AN EARLY NEUTRAL EVALUATION
12     v.                                (ENE) AND [PROPOSED] ORDER

13 COUNTY OF MARIN; MARSHA GRANT;

14 DIANE STOKER; and DOES 1 through 50,

15         Defendants.

16

17     Counsel for Defendant, Marin County, and Plaintiff, Karl Finley, hereby submit this stipulation
18 to postpone the deadline for an early neutral evaluation (ENE) in the above-referenced case. Grounds
19 for a continuance are as follows:

20     1) The current deadline to complete an early neutral evaluation is July 28, 2008.
21     2) Cecily Waterman was appointed on or about July 14, 2008 and cannot conduct the ENE by
22        the above deadline.
23     3) However, Ms. Waterman is available to conduct, and the parties have agreed to have, such an
24        evaluation done by Cecily Waterman on October 10, 2008.
25     //
26     //
27
28

30237

4) Accordingly, the parties respectfully request an extension in time to conduct an ENE until October 27, 2008, the date of the next CMC in this matter.

Dated: August 26, 2008

PATRICK K. FAULKNER
COUNTY COUNSEL

By: /s/ Edward J. Kiernan
Edward J. Kiernan
Deputy County Counsel
Attorney for Defendant County of Marin


By: /s/
Scott Brown
Kahn, Brown & Poore
Attorney for Plaintiff Karl Finley

30237

2