## AMENDED CIVIL MINUTES

**Chief Magistrate Judge James Larson**                    **Lydia Zinn - Court Reporter**
                                                                                **9:37-9:49 (12 min)**

Date: **August 27 , 2008**

Case No:**C07- 5922 TEH (JL)**

Case Name:  **Karl Finley v. County of Marin, et al**
Plaintiff  Attorney(s): Scott Brown
Defendant Attorney(s): Stephen Raab for L. Daube
Deputy Clerk:  **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Pltf's mo for sanctions | Denied; w/o prejudice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference

**ORDERED AFTER HEARING:** Counsel to meet and confer and submit privilege log. Non-privileged docs to be produced w/in 10 days. Privileged docs o be submitted for in camera review.  Court denied pltf's contentions that objections were waived. Document production limited to docs concerning pltf. Regarding other complts, deft to submit letter to Court explining what deft has. Time frame in this case is limited to the 5 years prior to the incident in this case to 3 years after.
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court

Notes:

cc: Venice, Kathleen, Rowena