1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Edward J. Kiernan SBN 189243
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorney(s) for the County of Marin,
5

6

7                UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  KARL FINLEY,                          Case No.: USDC 07 5922 TEH

11          Plaintiff,                    STIPULATION TO POSTPONE DEADLINE
                                          FOR AN EARLY NEUTRAL EVALUATION
12     v.                                 (ENE) AND [PROPOSED] ORDER

13  COUNTY OF MARIN; MARSHA GRANT;

14  DIANE STOKER; and DOES 1 through 50,

15          Defendants.

16

17          Counsel for Defendant, Marin County, and Plaintiff, Karl Finley, hereby submit this stipulation

18  to postpone the deadline for an early neutral evaluation (ENE) in the above-referenced case.  Grounds

19  for a continuance are as follows:

20       1)  The current deadline to complete an early neutral evaluation is July 28, 2008.

21       2)  Cecily Waterman was appointed on or about July 14, 2008 and cannot conduct the ENE by

22           the above deadline.

23       3)  However, Ms. Waterman is available to conduct, and the parties have agreed to have, such an

24           evaluation done by Cecily Waterman on October 10, 2008.

25     //

26     //

27

28

30237

1    4)   Accordingly, the parties respectfully request an extension in time to conduct an ENE until

2    October 27, 2008, the date of the next CMC in this matter.

3

4

5   Dated: August 26, 2008

6                                          PATRICK K. FAULKNER
                                           COUNTY COUNSEL
7

8                                    By: Edward J. K̲
9                                          Edward J. Kiernan
                                           Deputy County Counsel
10                                         Attorney for Defendant County of Marin

11

12

13

14                                   By: _____/s/_____

15                                         Scott Brown
                                           Kahn, Brown & Poore
16                                         Attorney for Plaintiff Karl Finley

17

18   

19

20

21

22

23

24

25

26

27

28

30237                                    2