1  PATRICK K. FAULKNER, COUNTY COUNSEL
   EDWARD JAMES KIERNAN (SBN 189243)
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4
   Attorneys for the Defendant County of Marin
5

6  David M. Poore, SBN 192541
   Scott A. Brown, SBN 177099
7  KAHN BROWN & POORE LLP
   110 Kentucky Street
8  Petaluma, California 94952
   Telephone:   (707) 763-7100
9  Facsimile:   (707) 763-7180

10 Attorneys for Plaintiff
   KARL FINLEY
11

12                      UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA
14

15

16 KARL FINLEY                           Case No.: C07-5922 EMC
17          Plaintiff,                   [PROPOSED] STIPULATED ORDER
                                         ALLOWING COUNTY OF MARIN TO FILE
18    v.                                 AMENDED ANSWER
19 COUNTY OF MARIN and DOES 1 through 50,
   inclusive,
20
            Defendants.
21

22
       IT IS HEREBY STIPULATED by and between the parties to allow the County of Marin to file
23
   an amended answer to add affirmative defenses in this action.
24
       There is good cause for the stipulation to allow the County of Marin to file and amended
25
   answer as follows:
26
       The parties and a subpoenaed third party encountered a discovery dispute regarding various
27
   documents. The County of Marin alleged privilege in those documents, and claimed the documents
28

                                              1

STIPULATED ORDER ALLOWING COUNTY OF MARIN TO FILE AMENDED ANSWER

were not relevant to this action because the County of Marin had not claimed any affirmative defenses related to its investigation conducted in connection to the allegations of discrimination and harassment by Plaintiff. As part of a meet and confer agreement, the parties agreed to allow disclosure of the documents conditioned on the ability of the County of Marin to file an amended answer to assert additional affirmative defenses.

The parties are not making this request for any improper purpose. Instead, the parties agree that judicial economy will be served if this request is granted. Moreover, neither party would suffer any prejudice as the parties have stipulated to this request.

SO STIPULATED.

Dated: May 12, 2009

PATRICK K. FAULKNER
COUNTY COUNSEL

By: _____
Stephen R. Raab
Attorney for Defendants

Dated: May 4, 2009

KAHN BROWN & POORE LLP

By: _____
Scott Brown
Attorney for Plaintiff

STIPULATED ORDER ALLOWING COUNTY OF MARIN TO FILE AMENDED ANSWER

**PROPOSED ORDER**

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' request that the County of Marin be allowed to file an amended answer is granted.

SO ORDERED

DATED: May 29, 2009     _____
Magistrate Judge Edward M. Chen



STIPULATED ORDER ALLOWING COUNTY OF MARIN TO FILE AMENDED ANSWER