UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl Finley,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>County of Marin, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. CV07-05922 EMC<br><br>**ORDER RESETTING HEARING ON DISPOSITIVE MOTION(s)** |

Defendants have filed a letter, dated October 8, 2009, requesting that the date by which it be allowed to file a dispositive motion be continued to November 30, 2009. Having considered defendant's letter, the court hereby ordered that the **hearing** on dispositive motions is **reset** from 11/25/2009 to **12/8/2009 at 10:30 a.m.** Dispositive motions shall be served and filed no later than thirty-five (35) days prior to the scheduled hearing date. Any opposition shall be served and filed no later than twenty-one (21) days prior to the hearing date. Any reply to the opposition shall be served and filed no later than fourteen (14) days prior to the date of the hearing.

All other deadlines remain the same as stated in the Case Management and Pretrial Order filed on 1/13/2009.

Dated:   October 14, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge