UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FINLEY, | No. C-07-5922 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST TO FILE AN OPENING BRIEF OF UP TO 40 PAGES** |
| COUNTY OF MARTIN, *et al.*, | **(Docket No. 92)** |
| Defendants. _____/ | |

As reflected in its letter of October 28, 2009, Defendant asks for leave to file a summary judgment motion in excess of 25 pages. More specifically, Defendant asks for permission to file an opening brief of up to 40 pages. Defendant's request is denied. It has failed to establish good cause for a page extension of 15 pages. The Court, however, shall give Defendant leave to file a brief of up to 30 pages in length. Likewise, the Court shall give Plaintiff leave to file an opposition brief of up to 30 pages in length. The reply brief shall be no longer than 17 pages.

IT IS SO ORDERED.

Dated: November 2, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge